

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2015

No. 04-13-00608-CV

**SMITH-REAGAN & ASSOCIATES, INC**. d/b/a Smith-Reagan Insurance Agency,
Appellant

v.

**FORT RINGGOLD LIMITED**, Pete Diaz III, Aaron Diaz and Monica Aguillon,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-02-343
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Motion for Rehearing and Motion for En Banc is GRANTED.  Time is extended to April 9, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court